IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:19-cr- 308 |
| | ) | |
| v. | ) | |
| | ) | MOTION TO SEAL |
| (1) CHARLES LEON LAMB | ) | INDICTMENT |
| (2) SHAWN LEE MCGILL | ) | |
| (3) RODNEY MCGILL | ) | |
| | ) | |

NOW COMES the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, who moves this Court for an Order directing that the Bill of Indictment and Warrant, this Motion and any order issued pursuant to this be sealed immediately, and that same remain sealed until further order of this Court to protect the secrecy of the on-going nature of the investigation in this matter.

This the 15th day of October 2019.

R. ANDREW MURRAY
UNITED STATES ATTORNEY


ERIK LINDAHL
ASSISTANT UNITED STATES ATTORNEY
WESTERN DISTRICT OF NORTH CAROLINA